Feb. 22, 2015
80, 2166-03

To: Texas Court of Criminal Appeals
Request for Appointed Counsel
Attn: Presiding Judge

Supreme Court Building
P.O. Box 12308
Austin, TX. 78711

From: Gerardo Gonzalez #1473026
WYNNE UNIT (A1-3-5-B)
810 F.M. 2821
Huntsville, TX. 77349

Re: Writ No. WR-80,266-03
STYLE: Gonzalez, Gerardo
TRIAL CT. No: 1108256 A/B
1108257 A/B
6/11/2014 Denied without a
written order...

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 25 2015

Abel Acosta, Clerk

Attn: Presiding Judge,

According, CCA. if defendant needs representation, on to file a motion (or write a letter) to the sentencing Court. Requesting an appointed attorney on appeal and habeas corpus. If there is no response after a reasonable period of time contact: Court of Criminal Appeals - Presiding Judge, "to appoint an attorney for an 'legal representation' due to course of an writ of attachment/ subsequent writ either one. Pursuant to this Rule of app. 73.1 and HB - House Bill - 344 (Whitmire): allows an individual to file a writ of habeas corpus and the court to overturn a conviction if "new technology" or science can show a problem with the original evidence used to convict a defendant. I offender Gerardo Gonzalez #1473026, ask this court to appoint counsel due of "New Technology" that was used to convict me. Did ask the 183rd District Court, of Harris, County to appoint counsel. This court can find a letter on file of appeal "Writ of Mandamus" No. WR-80,266-03 in this writ court will see (exhibit C) a letter dated (June 24, 2013) until now haven't heard anything. Which I did again wrote this convicting 183rd District Court, to send a free copy of entire - case to prove this court my innocence, again have not heard anything 'letter dated (Jan 25, 2015) I have done the impossible to obtain representation from numeral's agency's no help. Had this fellow inmate helping doing this habeas corpus that this court "denied without a written order". Now, this reform/bill -344 (whitmire) which allows me to appeal again, I am indigent unskilled, layman of this laws, only spanish speaking little english; New help to prove my innocence!"

Also, wrote my attorney Paul St. John, to provide me with copy's nothing either. I don't have copy's of anything now due to this moving from prison to prison copy's been lost or destroyed ... Would like to comply with this Court to the fullest but, don't have copy's. Any concern will be highly very appriciated !!!

Not to mention the ~~serienes~~ seriosness of the charges don't want to expose with another inmate its very hard.

Hope to hear from this Court soon ... .

P.S.
Also had written to
several Attorneys heard
¡ Nothing !

Respectfully,
Gerardo Gonzalez

Here's a copy of last letter
to sentencing Court ....

w/c

Jan. 25, 2015

To: Mrs./Mr. Devon Anderson
District Attorney
1201 Franklin, Suite 600
Houston, TX. 77002-1923

From: Gerardo Gonzalez #1473026
WYNNE UNIT (A1-3-5-B)
810 F.M. 2821
Huntsville, TX. 77349


Dear Mrs./Mr. D. Anderson,

RE: The State of Texas. vs. Gerardo Gonzalez
TRIAL CAUSE NO: 1108256 & 1108257 (Oct. 31, 2007)

I Gerardo Gonzalez, was convicted in the 183rd District Court of Harris County, Houston, Texas. Which upon conviction I was entitled to a free copy of court reporter's records and transcripts of my trial by jury. The counsel that went thar my trial fail to get me copies of all that was file on both sides. I wrote to the attorney that represented at trial 'til now haven't han no respond. According to SB 1611 (Ellis, Duncan): improves defendant's access to important evidence regarding their case, including law enforcement reports/indictments and witness statements, it requires the prosecution to provide such info. at the defense's request. Which, I have been requesting since I gotten convicted "the State Bar Rules DR9-102(B)(Y)" under Texas Law, a client has right to the return of his paper's on request. Until now, that I have not heard of attorney. Now, I come to you (district clerk) of Harris, Co., to help with my ongoing appeal court reporter's records and transcripts of my entire trial due to comply with filing to Court of Criminal Appeals as this court too. Also, need Tex. R. App. P. 73.1, a free copy of Rule 73.1 form...

Wherefore, I Gerardo Gonzalez, hereby, respectfully request you immediately and expeditiously forward copies of entire contents of my case file to me within Ten (10) working days after reciept of certified letter at Gerardo Gonzalez #1473026, WYNNE UNIT (A1-3-5-B) 810 F.M. 2821 Huntsville, Texas 77349....

Respectfully,
Pro-se Gerardo Gonzalez

c/c